UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

---

Christopher A Staples,

        Debtor

---

Carrington Mortgage Services, LLC, its assignees, and/or its successors in interest
        Movant

and

Christopher A Staples;
Steven Weiss, Trustee
        Respondents

---

Chapter 7

Case No. 16-30755

## MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Carrington Mortgage Services, LLC, its assignees, and/or its successors in interest ("Movant" herein) allege as follows:

1. That on August 31, 2016, the above-named Debtor filed his Chapter 7 Petition in Bankruptcy with this Court.

2. Movant is the current payee of a promissory note dated May 23, 2011, in the principal amount of $153,994.00 ("Note" herein) secured by a first mortgage of same date ("Mortgage" herein) on property generally described as **287 N Main St, East Longmeadow, Massachusetts 01028-1801,** set forth in the Note and Mortgage attached hereto as **Exhibit 1** and made a part hereof ("Property" herein). Movant was assigned the beneficial interest in said Note and Mortgage by an Assignment of Deed of Trust dated September 16, 2016. (**Exhibit 2** herein).

3. Carrington Mortgage Services, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged

1

    property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage.

4. With respect to Movant's Note and Mortgage, the following is due and owing:

<u>Total debt as of September 13, 2016 pursuant to the payoff statement:</u>

| | |
|---|---|
| Unpaid principal balance: | $141,333.92 |
| Interest from last paid installment | $11,161.48 |
| Escrow/ Impound Requires | $7,452.39 |
| FHA Premium Due HUD | $104.03 |
| Fees Currently Assessed | $1,785.00 |
| Less: Partial Payments | ($0.00) |
| **TOTAL DEBT** | **$161,836.82** |

<u>Total arrearage as of September 13, 2016:</u>

| | |
|---|---|
| Monthly payments from 04/01/15 through 07/01/15 at $1,343.00 | $5,372.00 |
| Monthly payments from 08/01/15 through 10/01/15 at $1,427.83 | $4,283.49 |
| Monthly payments from 11/01/15 through 09/01/16 at $1,373.38 | $15,107.18 |
| Less: Partial Payments | ($0.00) |
| Corporate Advance | $1,345.00 |
| Expense Advance | $315.00 |
| **TOTAL ARREARAGES** | **$26,422.67** |

    a. The total amount of the debt owed Movant, which is secured by a first-position mortgage, is **$161,836.82**.

    b. Other encumbrances affecting the Property, including other mortgages, real estate taxes, and other municipal charges are as follows: None, per Debtor's schedules is none per Debtor's Schedules.

    c. The total amount set forth in Sections (a) and (b) above is $161,836.82.

    d. As evidenced by the Debtor's Schedules attached hereto as **Exhibit 3**, the estimated fair-market value of the Property is approximately $175,191.00 and the liquidation value is $148,912.35. Movant reserves the right to request access to the property for the purposes of obtaining an interior appraisal to more accurately reflect its value if a determination of its value is deemed necessary.

         i.      There is no other collateral securing the obligation.

5. Movant has elected to initiate foreclosure proceedings on the Property with respect to the subject Mortgage; however, Movant is precluded from proceeding to publish the necessary notices and commence said foreclosure action during the pendency of this Bankruptcy.

6. Based on the foregoing, Movant alleges that Movant is not adequately protected, that the subject Property is not necessary to effectuate Debtor's rehabilitation, and that it would be unfair and inequitable to delay this Movant in the foreclosure of Movant's interest. Movant urges that this Court issue an Order herein permitting this Movant to proceed to a Foreclosure Sale of the Property, including necessary action to obtain possession of the Property.

7. Movant has incurred attorneys' fees in bringing this Motion and is entitled to reimbursement for those fees pursuant to its contract and in accordance with 11 U.S.C. §506(b).

8. This Court has jurisdiction of this action pursuant to the provisions of Title 28 U.S.C. §§ 1334 and 157 and 11 U.S.C. § 362(d).

WHEREFORE, Movant prays judgment as follows:

1. For an Order granting Relief from the Automatic Stay, permitting this Movant to move ahead with foreclosure proceedings under Movant's Mortgage and to sell the subject Property under the terms of said Mortgage, including necessary action to obtain possession of the Property.

2. In the alternative, for an Order requiring
   a. the Debtor to reinstate and maintain in a current condition all obligations due under the Mortgage, including tax/insurance obligations and reimbursement to Movant of any sums advanced on behalf of the Debtor in order to protect Movant's interest in the subject Property; and
   b. allowing this Movant to proceed with a Foreclosure Sale of the Property and obtain possession thereof should the Debtor fail to maintain the above-referenced payments in current status.

3. For such order regarding adequate protection of Movant's interest as this Court deems proper.

4. For attorneys' fees and costs for suit incurred herein.

5. For an order waiving the 14-day stay described by Bankruptcy Rule 4001(a)(3).

6. For an Order that, in addition to foreclosure, permits activity necessary to obtain possession of said collateral; therefore, all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

7.    For such other relief as this Court deems appropriate.

DATED:10/19/16                     By: /s/ Paul Vozella
                                       PAUL VOZELLA, ESQUIRE, BBO #511460
                                       Retained Counsel
                                       16 Harvard Street
                                       Worcester, Massachusetts 01609
                                       (508) 753-5552
                                       FHAC.241-1508.NF

## CERTIFICATE OF CONFERENCE

Movant certifies that prior to filing this motion for order granting relief from automatic stay, an attempt was made to confer with the Debtor's counsel either by telephone, by e-mail or by facsimile, by the following person on the following date and time: I, Diana Torres-Brito, Esquire, of Prober & Raphael left a telephonic message for Debtor's counsel with an assistant at debtor's counsel's office, at the following number, (508) 793-8282, on October 7, 2016 at approximately 1:15 p.m. PST. I did not receive a response by the same time on the seventh business day. An agreement could not be reached.

                                                  */s/ Diana Torres-Brito, Esquire*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

In Re:                                                         Chapter 7

Christopher A Staples,                     Case Number 16-30755

                            Debtor

## CERTIFICATE OF SERVICE

      I, Paul Vozella, Esquire, do hereby certify that I have served a copy of the Motion for Relief and Notice of Appearance this 19th day of October, 2016, either electronically or by first class mail, postage prepaid, upon the parties listed below.

                                                       /s/ Paul Vozella
                                                       PAUL VOZELLA

Chapter 13 Trustee:
Steven Weiss
1441 Main Street
Suite 1100
Springfield, MA 01103

Assistant U.S. Trustee:
Richard King
Office of the U. S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Debtor's Counsel:
Troy D. Morrison
Morrison & Associates, P.C.
255 Park Avenue
Suite 1000
Worcester, MA 01609
(508)793-8282

(see continued page)

Debtor:
Christopher A Staples
34 Pequot Road
Southampton, MA 01073

Hampden County Assessor's Office:
625 Main Street, Hampden,
Massachusetts, 01036