United States Bankruptcy Court
District of Massachusetts

In re:  
Christopher A Staples  
    Debtor

Case No. 16-30755-edk  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-3    User: agodere    Page 1 of 1    Date Rcvd: May 15, 2017  
                 Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.  
db         +Christopher A Staples,    34 Pequot Road,    Southampton, MA 01073-9587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:  
         Paul F. Vozella    on behalf of Creditor    Carrington Mortgage Services LLC, Servicer pfvoz@aol.com  
         Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV  
         Steven   Weiss    on behalf of Trustee Steven   Weiss sweiss@ssfpc.com,   alewkowicz@ssfpc.com  
         Steven   Weiss    sweiss@ssfpc.com,   MA11@ecfcbis.com;alewkowicz@ssfpc.com  
         Troy D. Morrison    on behalf of Debtor Christopher A Staples tmorrison@morrisonlawpc.net,  
          morrisonlawpc@gmail.com;r39836@notify.bestcase.com  
                                                                                                                                                                 TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

**CHRISTOPHER A. STAPLES,**
Debtor

Chapter 7
Case No. 16-30755-EDK

## NOTICE OF INTENDED PRIVATE SALE OF PROPERTY OF THE ESTATE SOLICITATION OF COUNTEROFFERS DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS AND HEARING DATE

### (287 NORTH MAIN STREET, EAST LONGMEADOW, MASSACHUSETTS)

July 14, 2017                IS THE TENTATIVE DATE OF THE PROPOSED SALE

June 14, 2017 at 4:30 p.m.   IS THE DATE BY WHICH OBJECTIONS AND HIGHER OFFERS MUST BE MADE

To the office of the United States Trustee, creditors, and parties in interest:

NOTICE IS HEREBY GIVEN, pursuant to Fed. R. Bankr. R. 2002, 6004(c) and 9014, and MLBR 2002-5 and 6004-1, that Steven Weiss, the duly appointed Trustee in this case, intends to sell at private sale all of the estate's right, title and interest in certain property of the estate.

**PROPERTY TO BE SOLD:**

The property is the estate's interest in a single family home with an address of 287 North Main Street, East Longmeadow Massachusetts (referred to herein as the "Property"), as

described in a deed recorded in the Hampden County Registry of Deeds at Book 18814, Page 309.

**THE OFFER:**

1.  The Trustee has received an offer to purchase the Property for the sum of **Eighty Five Thousand and 00/100 ($85,000.00), plus a "buyer's premium, as described in more detail in the Motion.** The Purchaser has delivered a deposit of $4,500.00 ("Deposit") to the Trustee. There is no financial relationship between the Debtor and the Purchaser.

2.  The sale is <u>not</u> subject to a financing or title insurance contingency.

**THE PROPOSED BUYER:**

Bruce Graham (the "Purchaser") or his nominee. The Purchaser is not an insider of the Debtor or the estate as that term is defined in 11 U.S.C. § 101 (31).

**THE SALE DATE:**

The sale shall take place on or before the earlier of July 14, 2017 or 15 days after the approval of the sale by the Court (although the Trustee reserves the right to extend the closing date). The terms of the proposed sale are more particularly described in a Motion for Order Authorizing and Approving Private Sale of Property of the Estate (the "Motion to Approve Sale") filed with the Court on May __, 2017. The Motion to Approve Sale and the Purchase and Sale agreement are available upon request from the undersigned.

**SALE FREE AND CLEAR OF LIENS:**

The Property will be sold free and clear of all liens and encumbrances. Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

**COUNTEROFFERS OR OBJECTIONS:**

Any objections to the sale and/or higher offers must be filed in writing with the Clerk, United States Bankruptcy Court at 300 State Street, Springfield, Massachusetts 01105 on or before June 14, 2017 at 4:30 p.m. (the "Objection Deadline"). A copy of any objection or higher offer also shall be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

**Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must be in an amount no less than $89,000.00 and must be accompanied by a cash deposit of no less than $4,500.00 in the form of a certified or bank check <u>made payable and delivered to the undersigned</u>. Higher offers must be on the same terms and conditions in the Motion to Approve Sale, other than the purchase price. Any party submitting a higher offer may also be required to provide the Trustee with evidence of the bidder's ability to complete the purchase.**

Any offer not timely received, or not complying with these conditions, may not be considered as a valid counteroffer.

**HEARING:**

A hearing on the Motion to Approve Sale, objections or higher offers is scheduled to take place on **June 28, 2017 at 11:00 a.m.**, before the Honorable Elizabeth D. Katz, United States Bankruptcy Judge, at United States Bankruptcy Court, 300 State Street, Springfield, Massachusetts. Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection will be overruled or the higher offer stricken.

The Court may take evidence at the sale hearing to resolve issues of fact. If no objection to the Motion to Approve Sale or higher offer is timely filed, the Bankruptcy Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale the Court may, 1) consider any requests to strike a higher offer, 2) determine further terms and conditions of the sale, 3) determine the requirements for further competitive bidding, 4) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

**DEPOSIT:**

The Deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the buyer approved by the Court, the Court, without further hearing, may approve the sale of the Assets to the next highest bidder.

Any questions concerning the intended sale shall be addressed to the undersigned.

Dated: _____, 2017

STEVEN WEISS, TRUSTEE

By: /s/ Steven Weiss
Steven Weiss, Esquire
BBO# 545619
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103
(413) 737-1131
sweiss@ssfpc.com

16\0343\Sale\Notice.Sale.1601

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CHRISTOPHER A. STAPLES,
Debtor

Chapter 7
Case No. 16-30755-EDK

ORDER ON

TRUSTEE'S MOTION FOR ORDER APPROVING PRIVATE
SALE OF PROPERTY OF THE ESTATE

(287 NORTH MAIN STREET, EAST LONGMEADOW, MASSACHUSETTS)

This matter having come before the Court upon the motion and notice of Trustee's intent to sell property of the estate, free and clear of liens and encumbrances ("Motion"), specifically to sell the estate's right, title and interest in real estate located at 287 North Main Street, East Longmeadow, Massachusetts, in a deed recorded in the Hampden County Registry of Deeds at Book 18814, Page 309 (the "Property"), free and clear of all liens, claims, mortgages, security interests, charges, encumbrances, and other interests, to Bruce Graham (the "Purchaser") or his nominee; and the Court finding that notice has been properly given to parties in interest; and; and no objections or higher bids having been timely made; and the Court finding that the sale, on the terms described in the Motion is appropriate; and the Court finding that the purchaser is a good faith purchaser, as that term is used in §363(m) of the Bankruptcy Code, and entitled to the protections provided such sections:

The Court finds that the Motion constitutes a core proceeding, pursuant to 28 U.S.C. §157(b)(2)(N), and that it has jurisdiction over this matter pursuant to 28 U.S.C. §1334. The Court further finds that the sale is authorized under 11 U.S.C. §363(b) and (f)(2).

IT IS ORDERED that the Trustee's Motion shall be and hereby is allowed, and the Trustee is

2

hereby authorized to sell the estate's interest in the Property to the Purchaser, or his nominee, for the sum of $85,000.00, plus a "buyer's premium, so-called, to be paid to the bankruptcy estate  The Property is being sold without recourse, and "as is, where is".

IT IS FURTHER ORDERED that such sale shall be free and clear of all liens and encumbrances, with valid liens to attach to the proceeds in their order of priority. If the Purchaser does not complete the sale, the deposit of $4,500.00 may be forfeited.

IT IS FURTHER ORDERED that the Trustee is authorized to make the following distributions from the proceeds of the sale: ordinary closing costs, real estate taxes, insurance premiums incurred by the Trustee, and any related maintenance and municipal charges on the Property, the amount of $5,400.00, from which the Trustee shall pay $2,700.00 each to B & B Real Estate and to BK Global Real Estate Services, LLC.  The buyer's premium of $5,000.00 will be retained by the Trustee for the estate, from which the Trustee's administrative expenses will be paid. The remaining proceeds will be paid to Carrington Mortgage Services or its nominee on its secured claim. The proceeds held by the Trustee will be held subject to any other existing liens and encumbrances, if any, to the extent of their amount, perfection and priority, pending further order of the Court; provided, however, that to the extent it is determined that any party has a perfected lien upon the Property, the fees and expenses incurred by the Trustee in connection with the sale of the Property, constitute reasonable and necessary expenses of preserving and disposing of the Property, and may be recovered from the proceeds of the sale, pursuant to 11 U.S.C. §506(c).

Dated this _____ day of _____, 2017.

_____
ELIZABETH D. KATZ
Bankruptcy Judge

16\0343\Sale\Order.Sale.1601